Lorenzo **ZELLNER**, Claimant–Appellant,

v.

Eric K. **SHINSEKI**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7151.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2013.

Sean A. Ravin, of Washington, DC, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Cleveland Karren.

RADER, Chief Judge, PROST, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**